IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

NAKINA CARTER,

    Plaintiff,

v.

WAL-MART STORES EAST, LP
(DELAWARE),

    Defendant.

CIVIL ACTION NO.: 5:24-cv-11

## SEVENTH AMENDED SCHEDULING ORDER

The parties filed a Joint Motion to Amend Scheduling Order. Doc. 35. The parties explain that, despite diligence, at least one additional deposition remains to be taken. In addition, the parties continue to receive and review Plaintiff's medical records and bills from treatment providers. The parties are also in the process of obtaining Plaintiff's employment records. Id. Therefore, the parties request an additional 45 days to all existing deadlines. Upon due consideration and for good cause shown, the Court **GRANTS** the parties' request for extension and enters the following new deadlines.

| EVENT | DEADLINE |
|---|---|
| Discovery Depositions of Fact Witnesses | October 2, 2025 |
| Service of Plaintiff's Expert Witness Reports | November 6, 2025 |
| Service of Defendant's Expert Witness Reports | December 8, 2025 |
| Discovery Status Report | December 19, 2025 |
| Discovery Status Conference | December 22, 2025 |
| Discovery Depositions of Expert Witnesses | January 2, 2026 |

| | |
|---|---|
| All Civil Motions (Including <u>Daubert</u> Motions; Excluding Motions in Limine) | February 6, 2026 |
| Depositions of All Witnesses Taken for Use at Trial | April 3, 2026 |
| Proposed Pretrial Order | May 4, 2026 |

All other deadlines and instructions in the Court's previous Orders remain in full force and effect. Docs. 10, 16, 25, 28, 30, 32, 34.

**SO ORDERED**, this 28th day of August, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA