**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

|  |  |
|---|---|
| NAKINA CARTER,<br><br>     Plaintiff,<br><br>    v.<br><br>WAL-MART STORES EAST, LP<br>(DELAWARE),<br><br>     Defendant. | CIVIL ACTION NO.: 5:24-cv-11 |

**O R D E R**

The parties represented in a prior telephonic status conference that they will attend a private mediation on April 3, 2026.  Doc. 55.  The Court **ORDERS** the parties to provide a status report, updating the Court on their efforts to resolve this matter, on or before **Thursday, April 9, 2026**.

**SO ORDERED**, this 2nd day of April, 2026.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA